No. 71–6528.  Morningstar *v.* United States.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Blackmun would grant certiorari, vacate judgment, and remand case for further proceedings in light of the memorandum of the Solicitor General, filed June 7, 1972, stating that the prejeopardy dismissal of the indictment was appealable, not to the Court of Appeals, but directly to this Court.  See *United States* v. *International Minerals & Chemical Corp.*, 402 U. S. 558 (1971), and *United States* v. *Fabrizio,* 385 U. S. 263 (1966).

No. 71–6536.  Guy *v.* United States.  C. A. 8th Cir. Certiorari denied.  Motion to recuse presented to Mr. Justice Blackmun and Mr. Justice Rehnquist by them severally denied.

No. 72–19.  Weiss et al. *v.* City of Chicago.  Sup. Ct. Ill.  Certiorari denied.  Mr. Justice Douglas would grant certiorari and reverse judgment.  *Coates* v. *City of Cincinnati,* 402 U. S. 611 (1971).

No. 72–29.  Mathews *v.* United States.  C. A. 3d Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari and reverse judgment.  *Lemke* v. *United States,* 346 U. S. 325 (1953).

No. 72–134.  McClure *v.* Salvation Army.  C. A. 5th Cir.  Motion of National Organization for Women for leave to file a brief as *amicus curiae* granted.  Certiorari denied for reason that petition not timely filed.